# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| LOG CREEK, LLLP, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-168 |
| AERIAL SPECIALISTS, INC. and COUCH HELICOPTER SERVICE, INC., | * | |
| Defendants. | * | |

# O R D E R

On January 19, 2015, the parties to this diversity suit filed a stipulation of dismissal with prejudice of all Plaintiff's claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. no. 22.) The stipulation notes that each party shall bear its own attorneys' fees, costs and expenses, and that the crossclaim of Aerial Specialists, Inc. against Couch Helicopter Service, Inc. remains pending. Accordingly, Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of January, 2015.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia