IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LOG CREEK, LLLP, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-168 |
| AERIAL SPECIALISTS, INC. and COUCH HELICOPTER SERVICE, INC., | * | |
| Defendants. | * | |

**O R D E R**

On January 26, 2015, the parties to this diversity suit filed a stipulation of dismissal without prejudice of the only remaining claim in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. no. 26.) The stipulation notes that the crossclaim of Aerial Specialists, Inc. against Couch Helicopter Service, Inc. is dismissed and that each party shall bear its own attorneys' fees, costs and expenses. Accordingly, the crossclaim (doc. no. 14) is **DISMISSED**. Each party shall bear its own costs. The Clerk is directed to **TERMINATE** all pending motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of March, 2015.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia